OFFICE OF DISCIPLINARY COUNSEL *v.* LEIBOLD.

[Cite as Disciplinary Counsel *v.* Leibold (1990), 53 Ohio St. 3d 128.]

(No. 90-453—Submitted April 17, 1990—Decided August 22, 1990.)

*J. Warren Bettis,* disciplinary counsel, and *Charles T. Brown,* for relator.

*Per Curiam.* Having thoroughly reviewed the record, we find sufficient evidence from which to conclude that respondent violated each of the Disciplinary Rules cited in the complaint. Moreover, we agree with the board's recommendation. Therefore, respondent is ordered indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.